JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEAN HIMBLER AVILES,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>HEATHER L. COHEN,<br><br>　　　　　　Defendant. | ) Case No. CV 20-3899-JGB (JPR)<br>)<br>)<br>)　　**J U D G M E N T**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　IT IS HEREBY ADJUDGED that this action is dismissed without prejudice to its claims' consideration in case number CV 20-2621-JGB (JPR).


DATED:　July 23, 2020　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　JESUS G. BERNAL
　　　　　　　　　　　　　U.S. DISTRICT JUDGE